UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
SHARON CASSELL                             CASE NO. 20-10583
215 TAFT STREET                            JUDGE BENJAMIN A. KAHN
EDEN, NC  27288

      DEBTOR

SSN(1) XXX-XX-1360                         DATE: 02/23/2021

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| FIRST PREMIER BANK<br>3820 N LOUISE AVENUE<br>SIOUX FALLS, SD  57107-0145 | $0.00<br>INT: .00%<br>NAME ID: 70362<br>CLAIM #: 0008 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0001 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 1360<br>COMMENT: |
| LAKEVIEW LOAN SERVICING LLC<br>% FLAGSTAR BANK FSB<br>5151 CORPORATE DR<br>TROY, MI  48098 | MONTHLY PMT $959.76<br>INT: .00%<br>NAME ID: 182838<br>CLAIM #: 0004 | | (H) ONGOING-SECURED<br><br>ACCT: 6868<br>COMMENT: DT RERP,CTD EFF NOV20 |
| LAKEVIEW LOAN SERVICING LLC<br>% FLAGSTAR BANK FSB<br>5151 CORPORATE DR<br>TROY, MI  48098 | $3,839.04<br>INT: .00%<br>NAME ID: 182838<br>CLAIM #: 0005 | | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 6868<br>COMMENT:  ARR JUL THRU OCT20 |
| LAKEVIEW LOAN SERVICING LLC<br>% FLAGSTAR BANK FSB<br>5151 CORPORATE DR<br>TROY, MI  48098 | $15,033.72<br>INT: .00%<br>NAME ID: 182838<br>CLAIM #: 0006 | | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 6868<br>COMMENT:  ARR THRU JUN20 |
| LAKEVIEW LOAN SERVICING LLC<br>% FLAGSTAR BANK FSB<br>5151 CORPORATE DR<br>TROY, MI  48098 | $250.00<br>INT: .00%<br>NAME ID: 182838<br>CLAIM #: 0010 | | (H2) POST-PETITION FEES-SECURED<br><br>ACCT: 6868<br>COMMENT:  POST PET FEE |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $792.49<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0007 | | (U) UNSECURED<br><br>ACCT: 3207<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 1360<br>COMMENT: |

PAGE 2 - CHAPTER 13 CASE NO. 20-10583

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ROCKINGHAM CO REGISTER OF DEEDS<br>170 NC 65 SUITE 150<br>REIDSVILLE, NC  27320 | $52.00<br>INT: .00%<br>NAME ID: 174473<br>CLAIM #: 0011 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ROCKINGHAM COUNTY TAX<br>371 NC HIGHWAY 65 STE 107<br>WENTWORTH, NC  27375 | $0.00<br>INT: .00%<br>NAME ID: 159712<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SWISS COLONY/MONTGOMERY WARD<br>1515 S 21ST ST<br>CLINTON, IA  52732 | $0.00<br>INT: .00%<br>NAME ID: 170727<br>CLAIM #: 0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$20,927.01** | |
| SAMANTHA K BRUMBAUGH ESQ<br>IVEY MCCLELLAN GATTON & SIEGMUND LLP<br>P O BOX 3324<br>GREENSBORO, NC  27402 | $3,995.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  02/23/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice